# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Jontavius J. Littlejohn, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:22-cv-00086-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Young, et al. | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 11, 2022 Order.

May 11, 2022

Frank G. Johns, Clerk
United States District Court